UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JULIO CESAR ALVIAREZ FARIAS,

        Petitioner,

v.

KRISTI NOEM et al.,

        Respondents.

_____/

Case No. 1:25-cv-1368

Honorable Robert J. Jonker

## **ORDER**

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement at the North Lake Processing Center in Baldwin, Lake County, Michigan. Petitioner challenges the lawfulness of his current detention. This matter is before the Court on Petitioner's motion to supplement. (ECF No. 8.)

In Petitioner's motion, Petitioner states that he "files this Motion to Provide Supplemental Authority to the . . . Petition for Writ of Habeas Corpus in light of recent case law which directly affects and impacts Petitioner's case." (*Id.*, PageID.110 (capitalization in original retained).) Petitioner identifies the specific case as "*Lazaro Maldonado Bautista et al v. Ernesto Santacruz, et al*, 25-cv-01873, Central District Court, California, November 25, 2025," (*id.* (formatting in original retained)), in which the United States District Court for the Central District of California recently granted a class certification motion certifying a "bond eligible class" for certain "noncitizens in the United States without lawful status." (ECF No. 8-1, PageID.127.)  Petitioner then attaches two orders from the Central District of California case to his motion. (ECF Nos. 8-1,

8-2.) Petitioner states that he "believe[s] that the case directly applies to the Petitioner's case and seek[s] leave of the court to supplement the record." (Mot., ECF No. 8, PageID.111.)

Although Petitioner states that he "believe[s] that the case directly applies to the Petitioner's case," besides seeking leave of Court to the supplement the record, Petitioner does not ask for any further relief in this Court. (*Id.*) Under these circumstances, the Court will grant Petitioner's motion to supplement, in that Petitioner will be permitted to supplement the record with the Central District of California orders that he attached to his motion. Because Petitioner only asks the Court to allow him to the supplement the record with these filings and does not ask for any other specific relief in his motion, the Court does not further address the matter in the present habeas action.

Accordingly,

**IT IS ORDERED** that Petitioner's motion to supplement (ECF No. 8) is **GRANTED**.

Dated:   December 1, 2025          /s/ Robert J. Jonker
                                   Robert J. Jonker
                                   United States District Judge